UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**NORTHERN DIVISION AT COVINGTON**

| | | |
|---|---|---|
| JENNIFER A. CALVERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No. |
| v. | ) | 16-cv-205-JMH |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | **JUDGMENT** |
| Defendant. | ) | |
| | ) | |

\*\*\*

In accordance with the Memorandum Opinion and Order of even date and entered contemporaneously herewith, **IT IS HEREBY ORDERED**:

(1) Judgment is entered in favor of the Commissioner of Social Security;

(2) That this action shall be and the same hereby is **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET**;

(3) That all pending motions shall be and the same hereby are **DENIED AS MOOT**;

(4) That all scheduled proceedings shall be and the same hereby are **CONTINUED GENERALLY**; and

(5) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 6th day of April, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge